IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MYRON TANKSLEY, 1002421,          ) | |
|         Plaintiff,          ) | |
|                   ) | |
| v.          ) | No. 3:14-CV-4082-K |
|                   ) | |
| JUDGE TERESA HAWTHORNE, ET AL.,          ) | |
|         Defendants.          ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED.**

**Signed February 5th, 2015.**

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE